# Order

Michigan Supreme Court
Lansing, Michigan

January 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157812

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ARTHUR LAROME JEMISON,
      Defendant-Appellant.

SC: 157812
COA: 334024
Wayne CC: 15-010216-FC

_____/

On order of the Court, the application for leave to appeal the April 12, 2018 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address whether permitting an expert witness to testify by two-way interactive video, over the defendant's objection, denied the defendant his constitutional right to confront witnesses and, if so, whether this error was harmless. The time allowed for oral argument shall be 20 minutes for each side. MCR 7.314(B)(1).

The Criminal Defense Attorneys of Michigan and the Prosecuting Attorneys Association of Michigan are invited to file briefs amicus curiae. Richard D. Friedman, who submitted an amicus curiae brief in support of the defendant's application for leave to appeal, is also invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.

VIVIANO, J., not participating due to a familial relationship with a circuit court judge involved in this case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 16, 2019 _____

a0109



Clerk